FILED
U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

OCT 26 2004

CEDAR RAPIDS HDQTRS OFFICE

BY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| JAMES CUMMINS, ) | |
| ) | |
| Plaintiff, ) | NO. CV04-1028 EJM |
| ) | |
| vs. ) | |
| ) | |
| THE ARCHDIOCESE OF DUBUQUE, ) | SCHEDULING ORDER AND |
| ) | DISCOVERY PLAN |
| Defendant. ) | |

Counsel have conferred and submit the following case information and proposed dates for case management:

1.  Did the parties enter into an agreement at the Rule 26(f) conference resolving all issues relating to initial disclosures?   _X_ yes ____ no. If you answer "no," state whether any party objected at the Rule 26(f) conference to making or to the timing of the initial disclosures:   ____ yes ____ no

    *If any party objected at the Rule 26(f) conference to making or to the timing of the initial disclosures, then the objecting party must, within 10 days after this order and plan has been filed, serve and file a document in which the objections are set forth with particularity.*

    If the parties have agreed to a deadline for making the initial disclosures, state the date by which the initial disclosures will be made:   **11/15/04**

2.  Deadline for motions to add parties:   **12/20/04**

3.  Deadline for motions to amend pleadings:   **12/20/04**

4.  Expert witnesses disclosed by:
    a) Plaintiff:   **1/20/05**
    b) Defendant:   **3/20/05**
    c) Plaintiff Rebuttal:   **4/20/05**

5.  Deadline for *completion* of discovery:   **6/20/05**

6.  Dispositive motions deadline (*at least 120 days before Trial Ready Date*):   **7/20/05**

7.  Trial Ready Date (*at least 120 days after Dispositive Motions Date*):   **11/20/05**

8.  Has a jury demand been filed?   **X** yes   _____ no

9.  Estimated length of trial:   **5 - 7 days**

1

10. Settlement conference (choose one of the following):

   (a) __X__ A court-sponsored settlement conference should be set by the court at this time for a date after **8/15/05**; or

   (b) _____ A court-sponsored settlement conference is not necessary at this time.

11. Should the court order a court-sponsored scheduling and planning conference pursuant to Fed. R. Civ. P. 16(b) and 26(f)?  _____ yes  __X__ no

12. Do the parties unanimously consent to trial, disposition and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals pursuant to 28 U.S.C. § 636(c)(3)?

   __X__ yes  _____ no

_____/s/_____  _____/s/_____

Attorney for Plaintiff: Thomas L. Staack  
Dutton, Braun, Staack & Hellman

| Address: | P. O. Box 810 |
| | Waterloo, IA 50704 |
| Telephone: | 319-234-4471 |
| Facsimile: | 319-234-8029 |

E-mail address: staackt@wloolaw.com

Attorney for Defendant: Brendan T. Quann  
O'Connor & Thomas, P.C.

| Address: | P. O. Box 599 |
| | Dubuque, IA 52004-0599 |
| Telephone: | 563-557-8400 |
| Facsimile: | 563-556-1867 |

E-mail address: bquann@octhomaslaw.com

_____

Attorney for Third-Party Defendant\Other:

Address:

Telephone:

Facsimile:

E-mail address:

3

**JUDGE'S REVISIONS**

The deadline in Paragraph _____ is changed to _____.

The deadline in Paragraph _____ is changed to _____.

The deadline in Paragraph _____ is changed to _____.

**IT IS ORDERED** that this proposed Scheduling Order and Discovery Plan

__✓__ is _____ is not approved and adopted by this court.

**IT IS FURTHER ORDERED** that a scheduling and planning conference:

__✓__ will not be scheduled at this time.

___ will be held in the chambers of Judge _____ at the U.S. Courthouse in _____, Iowa, on the _____ day of _____, at _____ o'clock, ___.m.

___ will be held by telephone conference, initiated by the court, on the _____ day of _____, at _____ o'clock, ___.m.

DATED this 25th day of October 2004.

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

**ORDER OF REFERENCE**

**IT IS HEREBY ORDERED** that this case is referred to a U.S. Magistrate Judge for the conduct of all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and the consent of the parties.

DATED this 25 day of October, 2004.

_____
UNITED STATES DISTRICT JUDGE

4