IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| JAMES CUMMINS, | ) | No. CV04-1028 EJM |
| Plaintiff, | ) | |
| vs. | ) | PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES |
| THE ARCHDIOCESE OF DUBUQUE, | ) | |
| Defendant. | ) | |

The Plaintiff, James Cummins, hereby identifies the following expert witnesses who may be called to testify as expert witnesses at the time of trial:

Thomas Doyle
Bethesda, MD

A. W. Richard Sipe
2825 Ridgegate Row
LaJolla, CA 92037

Gary Schoener
Executive Director
Walk-In Counseling Center
2421 Chicago Avenue South
Minneapolis, MN

Gilbert Morris Hefter, M.D.
Suite 2017
333 North Michigan Avenue
Chicago, IL 60601

Harold Andrew Cronson, M.D.
Suite 120
4925 N. O'Connor Rd.
Irving, TX 75062

Dr. Rodger Kobes
3878 Oak Lawn Ave.
Suite 616
Dallas, TX 75219

Dr. Matthew Chandler
16800 Dallas Pkwy
Dallas, TX 75248-1907

Leslie Harold Secrest, M.D.
PO Box 7962
Dallas, TX 75209

Guy Culpepper, M.D.
17110 North Dallas Parkway Suite 100
Dallas, TX 75248

    The Plaintiff reserves the right to call rebuttal witnesses and any witnesses designated by the Defendant.

                              Respectfully Submitted,

                              DUTTON, BRAUN, STAACK & HELLMAN, P.L.C
                              Attorneys for the Plaintiff

BY:    s/Thomas L. Staack
            Thomas L. Staack  Iowa Bar #000005220
            LEAD COUNSEL

BY:    s/Chad A. Swanson
            Chad A. Swanson  Iowa Bar #000014657

            3151 Brockway Road
            P.O. Box 810
            Waterloo, Iowa 50704
            (319) 234-4471
            (319) 234-8029 FAX
            staackt@wloolaw.com
            swansonc@wloolaw.com

Original Filed.

Copy to:

Brendan T. Quann
Davin C. Curtiss
O'Connor & Thomas, P.C.
700 Locust Street, Suite 200
P. O. Box 599
Dubuque, IA 52004-0599

I:\Lit\TLS\ABUSE-PRIEST\Cummins\Pleadings\Expert Designation.wpd

### PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings, on the 20th day of January 2005.

By: ___ U.S. Mail ___ FAX
     ___ Hand Delivered ___ UPS
     ___ Federal Express ___ Other
    _X_ EFC System Participant (Electronic Service)

Signature s/Chad A. Swanson