IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

JAMES CUMMINS,

    Plaintiff,

vs.

THE ARCHDIOCESE OF DUBUQUE,

    Defendant.

No. C04-1028

**ORDER**

_____

For cause, it is

ORDERED

A telephonic trial-setting scheduling conference is set in this matter for 4:30 p.m. on April 26, 2005. The call will originate from the undersigned's chambers, United States District Courthouse, Cedar Rapids, Iowa.

April 14, 2005.

*[signature]*
JOHN A. JARVEY
Magistrate Judge
UNITED STATES DISTRICT COURT