IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| JAMES CUMMINS, ) | No. CV04-1028 EJM |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | PLAINTIFF'S DESIGNATION OF |
| ) | REBUTTAL EXPERT WITNESS |
| THE ARCHDIOCESE OF DUBUQUE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The Plaintiff, James Cummins, hereby identifies the following expert witnesses who may be called to testify as a rebuttal expert witness at trial:

Mark Schwartz, Sc.D.
Castlewood Treatment Center
800 Holland Road
St. Louis, MO 63021

Respectfully Submitted,

DUTTON, BRAUN, STAACK & HELLMAN, P.L.C
Attorneys for the Plaintiff

BY:   s/Thomas L. Staack
      Thomas L. Staack  Iowa Bar #000005220
      LEAD COUNSEL

BY:   s/Chad A. Swanson
      Chad A. Swanson  Iowa Bar #000014657

      3151 Brockway Road
      P.O. Box 810
      Waterloo, Iowa 50704
      (319) 234-4471
      (319) 234-8029 FAX

1

staackt@wloolaw.com
swansonc@wloolaw.com

Original Filed.

Copy to:

Brendan T. Quann
Davin C. Curtiss
O'Connor & Thomas, P.C.
700 Locust Street, Suite 200
P. O. Box 599
Dubuque, IA 52004-0599

I:\Lit\TLS\ABUSE-PRIEST\Cummins\Pleadings\Expert Designation (Rebuttal).wpd

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings, on the 20th day of April, 2005.

By: ___ U.S. Mail           ___ FAX
    ___ Hand Delivered      ___ UPS
    ___ Federal Express     ___ Other
    _X_ EFC System Participant (Electronic Service)

Signature s/Chad A. Swanson

---