IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

CHIEF MAGISTRATE JUDGE JOHN A. JARVEY

NO.: C04-1028    <u>Cummins v. Archdiocese</u>

DATE:    April 26, 2005

TIME:    20 minutes

PROCEEDINGS:    Scheduling conference to set trial date

TAPE:    YES ___    NO  X

COURT REPORTER    (Name):    N/A
                 (Firm):    N/A

APPEARANCES:    Chad Swanson and Brendan Quann
_____
COMMENTS/NOTES/DATES:

ORDER TO FOLLOW:

TRIAL set for November 28, 2005 (8 days)
FPTC set for 9:00 AM on November 18, 2005 by telephone

/s/
_____
Karo Stigler
Courtroom Deputy