IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

JAMES CUMMINS,

    Plaintiff,

vs.

THE ARCHDIOCESE OF DUBUQUE,

    Defendant.

No. C04-1028

**ORDER**

———————————

This matter comes before the court pursuant to plaintiff's July 28, 2005 motion to amend his complaint and jury demand (docket number 19). Specifically, the plaintiff seeks to add a claim of civil conspiracy against the defendant.

The defendant resists plaintiff's motion to amend, arguing that it should be denied because: (1) it was filed more than seven (7) months beyond the motion to amend pleadings deadline as set forth in the scheduling order and discovery plan; (2) the proposed amendment is substantial in nature and would severely prejudice its ability to prepare for and defend the claims in this lawsuit, as a civil conspiracy claim is both factually and legally unique from plaintiff's original five (5) counts; and (3) adding this claim would require additional investigation and discovery by the defendant and the discovery deadline is September 3, 2005.

Fed. R. Civ. P. 15(a) provides that leave to amend shall be freely given when justice so requires. The Supreme Court has stated that the granting of leave to amend is within the discretion of the district court. Zenith Radio Corp. v. Hazeltine Research, Inc., 401 U.S. 321, 330 (1971). However, in the absence of a good reason for the denial of the motion, such as undue delay, bad faith or dilatory motive, repeated failure to cure

1

deficiencies by amendments previously allowed, undue prejudice to the defendant or futility of the amendment, denial of leave to amend is an abuse of discretion. <u>Foman v. Davis</u>, 371 U.S. 178, 182 (1962).

Plaintiff's motion for leave to amend is granted. There is no evidence of bad faith or dilatory motive on behalf of the plaintiff. Moreover, with a trial date of February 13, 2006, there remains sufficient time to discover this additional claim and file any dispositive motions. Defendant will not be unduly prejudiced by the allowing the amendment.

Upon the foregoing,

IT IS ORDERED that the plaintiff's motion for leave to amend his complaint and jury demand (docket number 19) is granted. The clerk shall file the first amended complaint and jury demand.

August 8, 2005.

_____
JOHN A. JARVEY
Magistrate Judge
UNITED STATES DISTRICT COURT