IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| JAMES CUMMINS, | ) | |
| Plaintiff, | ) | No. CV04-1028 EJM |
| vs. | ) | |
| | ) | **DEFENDANT'S MOTION FOR** |
| THE ARCHDIOCESE OF DUBUQUE, | ) | **EXTENSION OF TIME** |
| | ) | **(UNCONTESTED)** |
| Defendant. | ) | |

COMES NOW Defendant, The Archdioceses of Dubuque, and in support of its Motion for Extension of Time states:

1. On August 15, 2005, Plaintiff filed his Resistance to Defendant's Motion for Summary Judgment. The Resistance consists of 283 pages including a 55 page Brief and 219 pages of Appendix.

2. The volume of Plaintiff's Resistance renders the time allowed for a moving party's reply (five court days after service of the resisting party's statement of additional facts) pursuant to Local Rule 56.1(d) inadequate, and Defendant requires an extension of time in which to file an appropriate reply to Plaintiff's lengthy submissions. The existing deadline for filing a reply to Plaintiff's Resistance is August 23, 2005.

3. The court had already granted, and Defendant has already agreed to, an extension of time up to and including October 15, 2005 for Plaintiff to supplement his Resistance to Defendant's Motion for Summary Judgment.

4. The Archdiocese respectfully requests its deadline for filing a reply to Plaintiff's Resistance be extended from five (5) court days to twenty-two (22) calendar days, thereby requiring the Archdiocese's Reply to be filed no later than September 6, 2005. Furthermore, the Archdiocese request that it be granted five (5) court days after the earlier of Plaintiff's filing a Supplemental Resistance or October 15, 2005, in which to file a supplemental Reply.

5. Pursuant to Local Rule 7.1(k), this moving party has contacted counsel for Plaintiff and has conferred with them in good faith concerning this motion. Plaintiff's counsel consents to the extensions set forth above.

WHEREFORE, Defendant respectfully requests this court extend its deadline to file a Reply to Plaintiff's Resistance to Defendant's Motion for Summary Judgment to September 6, 2005 and that the Archdiocese have an additional five (5) court days from the filing date of Plaintiff's Supplemental Resistance, if any, to file a Supplemental Reply, and for such other and further relief, legal or equitable, as this court deems just and appropriate under the circumstances.

**ORDER**
This motion is granted as requested.

*/s/ John A. Jarvey*
JOHN A. JARVEY
MAGISTRATE JUDGE
U.S. DISTRICT COURT

THE ARCHDIOCESE OF DUBUQUE,
Defendant,

By */s/ Brendan T. Quann*
    Brendan T. Quann    000004440

By */s/ Davin C. Curtiss*
    Davin C. Curtiss    000014786

Mailing Address:
O'CONNOR & THOMAS, P.C.
P. O. Box 599
Dubuque, IA 52004-0599

Physical Address:
O'CONNOR & THOMAS, P.C.
Dubuque Building

700 Locust Street, Ste. 200
Dubuque, IA 52001-6874

Telephone: (563) 557-8400
Facsimile: (563) 556-1867
E-mail: bquann@octhomaslaw.com
dcurtiss@octhomaslaw.com

Attorneys for said Defendant.

Copy via electronic service to:

Attorneys Thomas L. Staack and
Chad A. Swanson
Dutton, Braun, Staack, & Hellman, P.L.C.
3151 Brockway Road
P.O. Box 810
Waterloo, IA 50704

This motion is granted on _____.

_____
Magistrate Judge
U.S. District Court