IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| JAMES CUMMINS,<br><br>    Plaintiff,<br><br>vs.<br><br>THE ARCHDIOCESE OF DUBUQUE,<br><br>    Defendant. | No. C04-1028<br><br>**ORDER** |

_____

IT IS ORDERED

Hearing on the defendant's July 20, 2005, motion for summary judgment (docket number 16) is set for 9:00 a.m. on September 19, 2005, second floor courtroom, United States District Courthouse, Cedar Rapids, Iowa.

August 23, 2005.

JOHN A. JARVEY
Magistrate Judge
UNITED STATES DISTRICT COURT