FILED
U.S. DISTRICT COURT
CEDAR RAPIDS HQQTRS OFFICE
NORTHERN DISTRICT OF IOWA

SEP 19 2005

By: _____
         DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
__E. DBQ__ DIVISION

Case Number: **C04-1028**
Date: **9.19.05**
Case Name: **Cummings v. Archdiocese of Dubuque**
Judge: The Honorable John A. Jarvey
Time in Court: Start **9:02** (a.m.)/p.m. Adjourn **10:59** (a.m.)/p.m.
Time in chambers _____
Recesses **9:55-10:08**
Appearances: Plaintiff **Tom Graack & Chad Swanson**
Defendant **Brendan Quann, Davin Curtis, Chris Fry**
Court Reporter **Patrice Murray** Contract Reporter: Yes/**No**
Interpreter **none** Phone: Yes/No   Certified: Yes/No
Interpreter Language: _____

TYPE OF PROCEEDING:
**(A.)**   HEARING:
   **(1.)** MOTION (Nature): **Dft. Motion for SJ (Docket #16)**
   2. ARRAIGNMENT: _____ INITIAL APPEARANCE: _____
      (a) Defendant plead GUILTY/NOT GUILTY to counts _____
      (b) Counsel retained/appointed/FPD/Other _____
   3. PLEA: Defendant pleaded guilty to counts _____
      Defendant DETAINED/RELEASED pending sentencing.
   4. OTHER HEARING: _____
B. TRIAL: Jury ___ Non-Jury ___ Preliminary Injunction/TRO ___

WITNESSES CALLED/EXHIBITS INTRODUCED: **none**
See attached sheet: _____

MOTIONS RULED ON BY THE COURT: **Motion for Summary Judgment**
Docket Number: **16**
Ruling: **Reserved**

Order to Follow: **(YES)**/NO

Docket Number: _____
Ruling: _____

Order to Follow: YES/NO

MISC: _____

_Lisa A. Stephenson_
Deputy Clerk

MISC: C04-1028 Cumming v. Archdiocese of Dubuque

| Time | Activity |
|---|---|
| 9:02-9:55 | Defendant Argument |
| 9:55-10:08 | Recess |
| 10:08-10:52 | π Response |
| 10:52-10:59 | Δ reply |

FILED
U.S. DISTRICT COURT
CEDAR RAPIDS HDQTRS OFFICE
NORTHERN DISTRICT OF IOWA

SEP 19 2005

By: _____ DEPUTY