# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| JAMES CUMMINS,<br><br>   Plaintiff,<br><br>vs.<br><br>THE ARCHDIOCESE OF DUBUQUE,<br><br>   Defendant. | No. C04-1028<br><br>**ORDER** |

_____

  This matter comes before the court pursuant to plaintiff's September 14, 2005 motion to compel (docket number 35). At issue in plaintiff's motion are documents relating to Father Irwin J. Patnode, and five complaints the defendant allegedly received about him between January 30, 2003 and February 23, 2005. Defendant objected to producing the requested documents pursuant to Article 1, Section 3 of the Iowa Constitution, the 1st Amendment to the United States Constitution, the victim privacy privilege, and the third party privilege. According to plaintiff's motion, the defendant has agreed to an in camera inspection of the Father Patnode documents.

  Upon the foregoing,

  IT IS ORDERED that the defendant shall produce the above referenced documents to this court for an in camera inspection by Wednesday, September 28, 2005.

  September 22, 2005.

                           JOHN A. JARVEY
                           Magistrate Judge
                           UNITED STATES DISTRICT COURT