IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| JAMES CUMMINS, | ) | |
| | ) | |
| Plaintiff, | ) | No. CV04-1028 JAJ |
| | ) | |
| vs. | ) | |
| | ) | **DEFENDANT'S RESISTANCE TO** |
| THE ARCHDIOCESE OF DUBUQUE, | ) | **MOTION TO STRIKE DEFENDANT'S** |
| | ) | **SUPPLEMENTAL MOTION FOR** |
| Defendant. | ) | **SUMMARY JUDGMENT** |
| | ) | |

COMES NOW Defendant, The Archdioceses of Dubuque, and for its Resistance to Plaintiff's Motion to Strike Defendant's Supplemental Motion for Summary Judgment, states:

1. Nothing contained in the Federal Rules of Civil Procedure prevents a party from filing multiple Motions for Summary Judgment. Plaintiff cites no authority to the contrary.

2. Defendant's Supplemental Motion for Summary Judgment is timely. This court's July 26, 2005 Order expressly ordered as follows:

> IT IS ORDERED that the defendant's motions to consolidate (docket number 14) are granted. Henceforth, all filings should be made in case number C04-1028. See Local Rule 10.1. **The deadlines contained in the trial management order entered on April 27, 2005 in the Paddock case (C04-1033, docket number 11) shall govern the procedural disposition of the consolidated lawsuit**.

See Order dated July 26, 2005, Docket Number 17 (emphasis added).

3. The deadline for filing dispositive motions in the Paddock trial management order entered April 27, 2005 was October 3, 2005 which by court order now governs the consolidated cases.

4. The Supplemental Motion for Summary Judgment is not, nor is it intended to be, a response to Plaintiff's Reply to the first Motion for Summary Judgment, nor is it a "continuation" of Defendant's first Motion for Summary Judgment. Defendant's first Motion for Summary Judgment stands or fails on its own. Consideration of the first Motion for Summary Judgment will not be affected by Defendant's second Motion for Summary Judgment. Defendant's Supplemental Motion for Summary Judgment raises additional, independent grounds supporting dismissal of Plaintiff's lawsuit, including, but not limited to, lack of fiduciary duty, First Amendment protections and lack of conspiracy.

5. Any consideration of fairness militates against Plaintiff's Motion to Strike. At the time of the first Motion for Summary Judgment, Plaintiff had not yet added, or sought to add, Count VI (Conspiracy). Plaintiff's Motion to Amend its Complaint was filed on July 28, 2005, more than seven (7) months past the deadline for amending pleadings and eight (8) days <u>after</u> the initial deadline for dispositive motions. The Archdiocese was in no position to address Plaintiff's Conspiracy Count at the time it filed its first Motion for Summary Judgment because such claim did not exist at that time.

6. Defendant's Supplemental Motion for Summary Judgment is not filed in bad faith, nor will it delay any proceedings. Under the existing deadlines, Plaintiff still has until October 15, 2005 to file a supplemental reply to Defendant's first Motion for Summary Judgment. <u>See</u> Plaintiff's Unresisted Motion for Extension of Time dated July 28, 2005 (Docket Number 18).

7. Defendant's Supplemental Motion for Summary Judgment is timely under the applicable scheduling order, sets forth separate and independent grounds warranting dismissal of Plaintiff's claims and will not delay the proceedings in any respect.

WHEREFORE, Defendant respectfully requests this court deny Plaintiff's Motion to Strike with prejudice and for such other and further relief, legal or equitable, as this court deems just and appropriate under the circumstances.

THE ARCHDIOCESE OF DUBUQUE,
Defendant,

By */s/ Brendan T. Quann*
    Brendan T. Quann    000004440

By */s/ Davin C. Curtiss*
    Davin C. Curtiss    000014786

Mailing Address:
O'CONNOR & THOMAS, P.C.
P. O. Box 599
Dubuque, IA 52004-0599

Physical Address:
O'CONNOR & THOMAS, P.C.
Dubuque Building
700 Locust Street, Ste. 200
Dubuque, IA 52001-6874

Telephone: (563) 557-8400
Facsimile: (563) 556-1867
E-mail: bquann@octhomaslaw.com
       dcurtiss@octhomaslaw.com

Attorneys for said Defendant.

Copy via electronic service to:

Attorneys Thomas L. Staack and
    Chad A. Swanson

Dutton, Braun, Staack, & Hellman, P.L.C.
3151 Brockway Road
P.O. Box 810
Waterloo, IA 50704