IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| JAMES PADDOCK, | ) | No. C04-1033 LRR |
| | ) | |
| Plaintiff, | ) | |
| | ) | **PLAINTIFF'S** |
| vs. | ) | **MOTION FOR EXTENSION** |
| | ) | **OF DEADLINE TO FILE RESISTANCE** |
| THE ARCHDIOCESE OF DUBUQUE, | ) | **TO DEFENDANT'S MOTION** |
| | ) | **FOR SUMMARY JUDGMENT** |
| Defendant. | ) | |

The Plaintiff, James Paddock, states as follows:

1. The Archdiocese filed a Motion for Summary Judgment on October 3, 2005.

2. Plaintiff's deadline for filing his resistance to this motion is presently set for October 27, 2005.

3. The issues raised in the Archdiocese's motion are substantially similar to those that were raised in the matter of <u>James Cummins vs. The Archdiocese of Dubuque</u>, and these two cases have been consolidated for trial.

4. The ruling on the motion for summary judgment in the <u>Cummins</u> case is presently pending, and the legal issues in this motion may well be impacted by that ruling.

5. The undersigned counsel contacted counsel for the Archdiocese, who indicated that he would not resist an extension of the summary judgment resistance deadline to November 10, 2005.

6. Good cause exists for the extension of the deadline for Plaintiff's resistance

1

to the Archdiocese's motion for summary judgment to November 10, 2005, and such a continuance would not be expected to detrimentally affect the February 13, 2006 trial date.

FOR THESE REASONS, Plaintiff respectfully requests that the Court enter an Order extending his deadline for resisting the Motion for Summary Judgment filed by the Archdiocese of Dubuque to November 10, 2005.

Respectfully Submitted,

DUTTON, BRAUN, STAACK & HELLMAN, P.L.C
Attorneys for the Plaintiff

BY: /s/ Thomas L. Staack
Thomas L. Staack  Iowa Bar #000005220
LEAD COUNSEL

BY: /s/ Chad A. Swanson
Chad A. Swanson  Iowa Bar #000014657

3151 Brockway Road
P.O. Box 810
Waterloo, Iowa 50704
(319) 234-4471
(319) 234-8029 FAX
staackt@wloolaw.com
swansonc@wloolaw.com

Electronic Copy to:

Brendan Quann
Davin C. Curtiss
O'Connor & Thomas, P.C.
700 Locust Street
Suite 200
Dubuque, Iowa 52001-6874

I:\Lit\TLS\ABUSE-PRIEST\Paddock\Pleadings\Motion for Extension of MSJ Resistance Deadline.wpd