IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| JAMES CUMMINS, | ) | No. C04-1028 JAJ |
| Plaintiff, | ) | |
| | ) | **PLAINTIFF'S** |
| vs. | ) | **MOTION FOR EXTENSION** |
| | ) | **OF DEADLINE TO FILE RESISTANCE** |
| THE ARCHDIOCESE OF DUBUQUE, | ) | **TO DEFENDANT'S** |
| | ) | **SUPPLEMENTAL MOTION FOR** |
| Defendant. | ) | **SUMMARY JUDGMENT** |

The Plaintiff, James Cummins, states as follows:

1. The Archdiocese filed a Supplemental Motion for Summary Judgment on October 3, 2005.

2. Plaintiff's deadline for filing his resistance to this motion is presently set for October 27, 2005.

3. The issues raised in the Archdiocese's supplemental motion are substantially similar to those that were raised in the matter of <u>James Cummins vs. The Archdiocese of Dubuque</u>, and a motion to strike is presently pending.

4. Depending on the Court's ruling on the motion to strike, a substantive resistance to part or all of the Archdiocese's supplemental motion may be required.

5. Plaintiff continues to assert that the supplemental motion should be stricken for reasons previously stated in his motion to strike.

1

6. The undersigned counsel contacted counsel for the Archdiocese, who indicated that he would not resist an extension of the supplemental summary judgment resistance deadline to November 10, 2005.

7. Good cause exists for the extension of the deadline for Plaintiff's resistance to the Archdiocese's supplemental motion for summary judgment to November 10, 2005, and such a continuance would not be expected to detrimentally affect the February 13, 2006 trial date.

FOR THESE REASONS, Plaintiff respectfully requests that the Court enter an Order extending his deadline for resisting the Motion for Summary Judgment filed by the Archdiocese of Dubuque to November 10, 2005.

        Respectfully Submitted,

        DUTTON, BRAUN, STAACK & HELLMAN, P.L.C
        Attorneys for the Plaintiff

BY:   /s/ Thomas L. Staack
        Thomas L. Staack  Iowa Bar #000005220
        LEAD COUNSEL

BY:   /s/ Chad A. Swanson
        Chad A. Swanson  Iowa Bar #000014657

        3151 Brockway Road
        P.O. Box 810
        Waterloo, Iowa 50704
        (319) 234-4471
        (319) 234-8029 FAX
        staackt@wloolaw.com
        swansonc@wloolaw.com

Electronic Copy to:

Brendan Quann
Davin C. Curtiss
O'Connor & Thomas, P.C.
700 Locust Street
Suite 200
Dubuque, Iowa 52001-6874

I:\Lit\TLS\ABUSE-PRIEST\Cummins\Pleadings\Motion for Extension of MSJ Resistance Deadline.wpd