# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

JAMES CUMMINS,

    Plaintiff,

vs.

THE ARCHDIOCESE OF DUBUQUE,

    Defendant.

No. C04-1028

**ORDER**

This matter comes before the court pursuant to plaintiff's October 7, 2005 motion to strike defendant's supplemental motion for summary judgment (docket number 42).

Plaintiff argues that defendant's supplemental motion for summary judgment should be stricken as untimely under the October 25, 2004 Scheduling Order and Discovery Plan. Plaintiff further argues that fairness, prejudice to the plaintiff, and waste of judicial resources warrant striking defendant's supplemental motion for summary judgment. According to the plaintiff, defendant's supplemental motion is simply a continuation of its original motion, and contains no facts or arguments that could not have been raised in its original motion. Plaintiff contends that defendant's supplemental motion for summary judgment is a disguised sur-reply, which is not permitted under Local Rule 56.1.

Defendant resists plaintiff's motion to strike, arguing that its supplemental motion is timely under the deadlines set forth in the trial management order in the James Paddock case, which was consolidated with this case on July 26, 2005, and now governs the procedural disposition of the consolidated lawsuit. Defendant further argues that its supplemental motion is neither a sur-reply nor a "continuation" of its original motion, but instead stands or falls on its own, raising new and independent grounds for dismissal, i.e., lack of fiduciary duty, First Amendment protections, and lack of conspiracy. Fairness

militates against plaintiff's motion to strike, defendant contends, considering that plaintiff's amended complaint, which added a claim of civil conspiracy, was filed eight days after the original summary judgment deadline.

Plaintiff's motion to strike is denied. The court finds that the plaintiff will not be prejudiced by the supplemental motion, especially in light of the fact that the plaintiff was allowed to untimely amend its complaint to add a claim for civil conspiracy.

Upon the foregoing,

IT IS ORDERED that plaintiff's motion to strike defendant's supplemental motion for summary judgment (docket number 42) is denied.

November 7, 2005.

JOHN A. JARVEY
Magistrate Judge
UNITED STATES DISTRICT COURT