IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| JAMES PADDOCK, | ) | No. C04-1033 JAJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION FOR EXTENSION** |
| | ) | **OF DEADLINE TO FILE RESISTANCE** |
| THE ARCHDIOCESE OF DUBUQUE, | ) | **TO DEFENDANT'S MOTION** |
| | ) | **FOR SUMMARY JUDGMENT** |
| Defendant. | ) | **(UNRESISTED)** |

The undersigned counsel state as follows:

1. The Archdiocese filed a Motion for Summary Judgment on October 3, 2005.

2. Plaintiff James Paddock's deadline for filing a resistance to this motion is presently set for November 10, 2005.

3. It has just recently come to the attention of the undersigned counsel that Plaintiff James Paddock died on October 18, 2005.

4. To date, the undersigned counsel has had one conversation with Janet Paddock, Plaintiff James Paddock's surviving spouse.

5. The undersigned counsel believe that Janet Paddock was designated by Plaintiff as the Executor of his Estate under his will.

6. At this time, the undersigned counsel are not aware whether an estate has yet been opened for James Paddock, and whether Janet Paddock or some other party will move to substitute the James Paddock Estate for James Paddock as the Plaintiff in interest

1

in this matter.

7. Until that decision has been made, the undersigned counsel request an continuance of their summary judgment resistance deadline.

8. Good cause exists for the extension of the deadline for Plaintiff's resistance to the Archdiocese's motion for summary judgment to a date certain, preferably no sooner than December 1, 2005.

9. The undersigned counsel have spoken with counsel for the Archdiocese, who indicates that the Archdiocese does not have an objection to a continuance of the deadline to December 1, 2005.

10. The undersigned counsel do not believe that a reasonable continuance would detrimentally affect the February 13, 2006 trial date.

FOR THESE REASONS, the undersigned counsel respectfully request that the Court enter an Order extending the deadline for resisting the Motion for Summary Judgment filed by the Archdiocese of Dubuque until a date certain, no sooner than December 1, 2005.

Respectfully Submitted,

DUTTON, BRAUN, STAACK & HELLMAN, P.L.C

BY: /s/ Thomas L. Staack
      Thomas L. Staack Iowa Bar #000005220
      LEAD COUNSEL

BY: /s/ Chad A. Swanson
      Chad A. Swanson Iowa Bar #000014657

3151 Brockway Road
P.O. Box 810
Waterloo, Iowa 50704
(319) 234-4471
(319) 234-8029 FAX
staackt@wloolaw.com
swansonc@wloolaw.com

Electronic Copy to:

Brendan Quann
Davin C. Curtiss
O'Connor & Thomas, P.C.
700 Locust Street
Suite 200
Dubuque, Iowa 52001-6874

I:\Lit\TLS\ABUSE-PRIEST\Paddock\Pleadings\Motion for Extension of MSJ Resistance Deadline (Second).wpd