# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

JAMES PADDOCK,

    Plaintiff,

vs.

THE ARCHDIOCESE OF DUBUQUE,

    Defendant.

No. C04-1028

**ORDER**

---

    This matter comes before the court pursuant to plaintiff's November 9, 2005 second motion for extension of time to file resistance to defendant's motion for summary judgment (docket number 51). Defendant does not resist extending plaintiff's deadline to December 1, 2005.

    Upon the foregoing,

    IT IS ORDERED that plaintiff's motion for extension of deadline to file his resistance to defendant's motion for summary judgment is granted. Plaintiff shall file his resistance on or before December 1, 2005.

    November 15, 2005.

JOHN A. JARVEY
Magistrate Judge
UNITED STATES DISTRICT COURT