IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| JAMES CUMMINS, | ) | |
| | ) | |
| Plaintiff, | ) | No. CV04-1028 EJM |
| | ) | |
| vs. | ) | |
| | ) | **DEFENDANT'S UNRESISTED** |
| | ) | **MOTION FOR EXTENSION** |
| THE ARCHDIOCESE OF DUBUQUE, | ) | **OF TIME** |
| | ) | |
| Defendant. | ) | |

COMES NOW Defendant The Archdioceses of Dubuque and in support of its Motion for Extension of Time states:

1. On November 10, 2005, at 7:59 p.m., Plaintiff filed his Resistance to Defendant's Supplemental Motion for Summary Judgment.

2. Pursuant to Local Rule 56.1(d), the existing deadline for filing a reply to Plaintiff's Resistance is November 17, 2005.

3. Pursuant to Local Rule 7.1(k), this moving party has contacted counsel for Plaintiff and has conferred with them in good faith concerning this motion. Plaintiff has agreed to an extension of the reply deadline to November 23, 2005.

4. The Archdiocese requests that its reply deadline be extended to November 23, 2005.

WHEREFORE, Defendant respectfully requests this Court extend its deadline to file a Reply to Plaintiff's Resistance to Defendant's Supplemental Motion for Summary Judgment to

November 23, 2005, and for such other and further relief, legal or equitable, as this Court deems just and appropriate under the circumstances.

                                              THE ARCHDIOCESE OF DUBUQUE,
Defendant

By */s/ Brendan T. Quann*
    Brendan T. Quann      000004440

By */s/ Davin C. Curtiss*
    Davin C. Curtiss       000014786

Mailing Address:
O'CONNOR & THOMAS, P.C.
P. O. Box 599
Dubuque, IA 52004-0599

Physical Address:
O'CONNOR & THOMAS, P.C.
Dubuque Building
700 Locust Street, Ste. 200
Dubuque, IA 52001-6874

Telephone: (563) 557-8400
Facsimile: (563) 556-1867
E-mail: bquann@octhomaslaw.com
          dcurtiss@octhomaslaw.com

Attorneys for said Defendant.

Copy via electronic service to:

Attorneys Thomas L. Staack and
     Chad A. Swanson
Dutton, Braun, Staack, & Hellman, P.L.C.
3151 Brockway Road
P.O. Box 810
Waterloo, IA 50704