# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| JAMES CUMMINS, | |
| Plaintiff, | No. C04-1028 |
| vs. | **ORDER** |
| THE ARCHDIOCESE OF DUBUQUE, | |
| Defendant. | |

_____

This matter comes before the court pursuant to defendant's November 16, 2005 motion for extension of time to file its summary judgment reply (docket number 54). According to defendant's motion, the current deadline is November 17, 2005, and an extension until and including November 23, 2005 is requested. Plaintiff has no objection to this extension. It is granted.

Upon the foregoing,

IT IS ORDERED that defendant's motion for extension of time to file summary judgment reply (docket number 54) is granted. Defendant shall file its reply brief in support of its supplemental motion for summary judgment on or before November 23, 2005.

November 17, 2005.

_____
JOHN A. JARVEY
Magistrate Judge
UNITED STATES DISTRICT COURT