IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| JAMES PADDOCK, | ) |
| Plaintiff, | ) No. CV04-1033 JAJ |
| vs. | ) |
| | ) **DEFENDANT'S UNRESISTED** |
| | ) **MOTION FOR EXTENSION** |
| THE ARCHDIOCESE OF DUBUQUE, | ) **OF TIME** |
| Defendant. | ) |

COMES NOW Defendant The Archdioceses of Dubuque and in support of its Motion for Extension of Time states:

1. On December 1, 2005, at 5:05 p.m., Plaintiff filed his Resistance to Defendant's Supplemental Motion for Summary Judgment.

2. Pursuant to Local Rule 56.1(d), the existing deadline for filing a reply to Plaintiff's Resistance is December 8, 2005.

3. Pursuant to Local Rule 7.1(k), this moving party has contacted counsel for Plaintiff and has conferred with them in good faith concerning this motion. Plaintiff has agreed to an extension of the reply deadline to December 16, 2005.

4. The Archdiocese requests that its reply deadline be extended to December 16, 2005.

WHEREFORE, Defendant respectfully requests this Court extend its deadline to file a Reply to Plaintiff's Resistance to Defendant's Supplemental Motion for Summary Judgment to

December 16, 2005, and for such other and further relief, legal or equitable, as this Court deems just and appropriate under the circumstances.

>THE ARCHDIOCESE OF DUBUQUE,
>Defendant
>
>By /s/ Brendan T. Quann
>   Brendan T. Quann    000004440
>
>By /s/ Davin C. Curtiss
>   Davin C. Curtiss    000014786
>
>Mailing Address:
>O'CONNOR & THOMAS, P.C.
>P. O. Box 599
>Dubuque, IA 52004-0599
>
>Physical Address:
>O'CONNOR & THOMAS, P.C.
>Dubuque Building
>700 Locust Street, Ste. 200
>Dubuque, IA 52001-6874
>
>Telephone: (563) 557-8400
>Facsimile: (563) 556-1867
>E-mail: bquann@octhomaslaw.com
>       dcurtiss@octhomaslaw.com
>
>Attorneys for said Defendant.

Copy via electronic service to:

Attorneys Thomas L. Staack and
    Chad A. Swanson
Dutton, Braun, Staack, & Hellman, P.L.C.
3151 Brockway Road
P.O. Box 810
Waterloo, IA 50704