# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | |
|---|---|
| JAMES PADDOCK, | |
| Plaintiff, | No. C04-1033 |
| vs. | **ORDER** |
| THE ARCHDIOCESE OF DUBUQUE, | |
| Defendant. | |

This matter comes before the court pursuant to defendant's unresisted motion for extension of time to file its summary judgment reply (docket number 58). Defendant's current deadline was December 8, 2005. Defendant requests until December 16, 2005 to file its reply. Defendant did file its reply on December 16, 2005. It is timely filed.

Upon the foregoing,

IT IS ORDERED that defendant's unregister motion for extension of time to file its summary judgment reply (docket number 58) is granted. Defendant's reply, filed on December 16, 2005 is timely filed.

December 20, 2005.

JOHN A. JARVEY
Magistrate Judge
UNITED STATES DISTRICT COURT