# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| JAMES CUMMINS, JAMES PADDOCK, | |
| Plaintiffs, | No. C04-1028 |
| | No. C04-1033 |
| vs. | **ORDER** |
| THE ARCHDIOCESE OF DUBUQUE, | |
| Defendant. | |

_____

This matter comes before the court pursuant to a conference call initiated by counsel for the parties today. Counsel advised the court of the parties' desire to explore mediation and continue the February 3, 2006 final pretrial conference and the February 13, 2006 trial. The request is granted.

Upon the foregoing,

IT IS ORDERED that the February 3, 2006 final pretrial conference and the February 13, 2006 trial currently set in these matters are continued until further order of the court.

January 6, 2006.

JOHN A. JARVEY
Magistrate Judge
UNITED STATES DISTRICT COURT