IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

CHIEF MAGISTRATE JUDGE JOHN A. JARVEY

NO.: C04-1028  <u>Cummins v. Archdiocese</u>
     C04-1033  <u>Paddock v. Archdiocese</u>

DATE: 1/6/06

TIME: 30 Minutes

PROCEEDINGS: Status Conference

TAPE: YES _____ NO __X__

COURT REPORTER (Name): N/A
                       (Firm): N/A

APPEARANCES: Attys. Chad Swanson, Tom Staack, and Brendan Quann
_____
COMMENTS/NOTES/DATES:

Final pretrial conference and trial continued until further order.

_____/s/_____
Karo Stigler
Courtroom Deputy